IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM CORNEJO,** | Case No. 2:18-cv-00571-KJM DMC (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **JOE LIZARRAGA,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional SIXTY (60) days, to and including February 8, 2019, to file a response to Petitioner's Writ of Habeas Corpus (Doc 1). This Order shall extend the deadline set by this Court's earlier Order of November 9, 2018 (Doc 16), however, all other provisions of that Order shall remain in effect.

Dated: December 11, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE