IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CORNEJO,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZZARAGA,<br><br>    Respondent. | No. 2:18-CV-0571-KJM-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

        On February 17, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Petitioner has filed timely objections to the findings.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     The findings and recommendations filed February 17, 2021, are adopted in full;

1

   2. Petitioner's petition for a writ of habeas corpus, ECF No. 1, is denied;

   3. The Court declines to issue a certificate of appealability; and

   4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE